Case: 1:21-cv-03662 Document #: 8 Filed: 09/14/21 Page 1 of 1 PageID #:119
ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

BLAKE ATLAS BILLUPS, on the behalf of DENNIS CUMMINGS, (20200715016),

Plaintiff(s),

v.

THOMAS DART et al.,

Defendant(s).

Case No. 1:21-cv-3662
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other:   This case is stricken as improperly filed. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger.

Date: 9/14/2021

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk